COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-134-CV

IN RE KB HOME, KAUFMAN & BROAD RELATORS

LONE STAR, L.P., KAUFMAN & BROAD 

OF TEXAS, LTD., AND TOM BANNON

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relators’  petition for writ of mandamus is denied.

PER CURIAM

PANEL A: DAUPHINOT, LIVINGSTON, and WALKER, JJ.

DELIVERED: April 26, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.